# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CALVIN EFFRON,

          Petitioner,

      v.

RANDY L. TEWS, Warden,

          Respondent.

Case No. CV 15-9007 JLS (MRW)

JUDGMENT

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: June 10, 2016

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE